# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ER GROUP, LLC, *an Indiana limited liability company*
*doing business as*
ENGINEERED RIGGING

        Plaintiff

  v.

        Civil Action No. 2:20-cv-426

GREAT AMERICAN INSURANCE COMPANY, *an Iowa limited liability company*
*TERMINATED: 03/27/2024*

*FIGG BRIDGE BUILDERS, LLC, a Florida limited liability company*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

 _X_   JUDGMENT IS ENTERED in favor of the Plaintiff ER Group LLC, and Defendant Figg Bridge Builders, LLC is liable to pay: One Hundred and Thirty-Five Thousand Nine Hundred Dollars ($135,900) for unpaid amount under the equipment rental agreement. Twenty-Nine Thousand Four Hundred Forty-Eight Dollars and Seventy-Two Cents ($29,448.72) of interest and late fees under the terms of the equipment rental agreement. One Hundred Eighteen Thousand Eight Hundred Twenty-Three Dollars and Twenty-Five Cents ($118,823.25) in Attorney's Fees and Costs of Four Hundred Fourteen Dollars and Eighty-Two Cents ($414.82). The total judgment amount in this action is therefore Two Hundred and Eighty-Four Thousand Five Hundred and Eighty-Six Dollars and Seventy Nine Cents ($284,586.79), plus post-judgment interest at the rate of 4.23% per annum, along with costs.

 ___   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

 ___   Other:_____

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

 _X_ tried by Judge  _Philip P. Simon_____ without a jury and the above decision was reached.

 _X_ decided by Judge Philip P Simon on Plaintiff's Motion for Attorney Fees

DATE: 1/6/2025                                           CHANDA J. BERTA, CLERK OF COURT

                                                by   s/ S. Jarrell
                                                *Signature of Clerk or Deputy Clerk*